**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Shaun E. Smith<br>        Debtor<br><br>-----------------------------------------------<br>Wilmington Savings Funds Society, FSB, d/b/a<br>Christiana Trust as Trustee for PNPMS Trust II<br>        Creditor/Movant<br>v.<br>Shaun E. Smith<br>        Debtor/Respondent | Chapter: 13<br><br>Bankruptcy Case: 18-13107-MDC |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this _____ day of _____, 20___, upon consideration of

the Stipulation between Debtor and Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as

Trustee for PNPMS Trust II, it is hereby ORDERED and DECREED that the Stipulation is APPROVED

and made an Order of the Court.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Shaun E. Smith<br>　　　　Debtor<br><br>-----------------------------------------------<br>Wilmington Savings Funds Society, FSB, d/b/a<br>Christiana Trust as Trustee for PNPMS Trust II<br>　　　　Creditor/Movant<br>v.<br>Shaun E. Smith<br>　　　　Debtor/Respondent | Chapter: 13<br><br>Bankruptcy Case: 18-13107-MDC |

## CONSENT ORDER/STIPULATION
## SETTLING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 9th day of July 2020, upon the Motion of Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II (hereinafter "Creditor"), through its Counsel, Stern & Eisenberg PC, under 11 U.S.C. § 362(d) for relief from the automatic stay as to Debtor's real property located at **218 Richmond St, Philadelphia, PA 19125** (hereinafter, the "Property"), and the parties agreeing to the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED AND DECREED as follows:

1.  At the date of this Order, Shaun E. Smith (hereinafter, "Debtor") acknowledges that Debtor is due for the following post-petition regular monthly payments as follows:

**PAYMENTS:**

| | | | | |
|---|---|---|---|---|
| 9/1/2018 | 7/1/2020 | $290.21 | @ 23 MONTHS | $6,674.83 |
| **SUSPENSE** | | | | ($0.00) |
| **TOTAL POST-PETITION ARREARS ("ARREARS")** | | | | $6,674.83 |

1.  Debtor shall cure the Arrears as set forth above, in part, by making a $2,000.00 lump sum payment directly to Creditor no later than July 23, 2020 making sure that Creditor's loan number appears on the payment. Payment may be sent to: Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust II c/o Statebridge Company, LLC, 6061 S Willow Dr, Suite 300, Greenwood Village, CO 80112.

2.  Debtor shall cure the remaining Arrears as set forth above by paying 1/12 of the amount beginning 08/01/2020 as follows:

    a.  $389.57 plus the current monthly payment of $290.21 totaling $679.78 for 11 months (08/01/2020 through 7/01/2021); and

    b.  $389.56 plus the current monthly payment of $290.21 totaling $679.77 for 1 month (08/01/2021).

3.  Thereafter Debtor shall continue making the regular monthly mortgage payment which is subject to change pursuant to applicable bankruptcy regulations.

4.  Payment(s) due in accordance with this Consent Order/Stipulation shall be due on or before the *1ˢᵗ* of each month.

5.  Debtor shall make the regular monthly payments required to the Trustee.

6.  In the event Debtor fails to make any of the payments set forth hereinabove (or payments for real estate taxes and/or hazard insurance when due) on or before their due dates, Creditor and/or Counsel may give Debtor and Debtor's counsel notice of the default.

7.  If any such default is not cured within ten (10) days of said notice of the default, upon certification to the court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, Creditor shall immediately have relief from the bankruptcy stay.

8.  Debtor shall pay $100.00 for each Notice of Default issued by Creditor as a result of Debtor's failure to make payments in accordance with this Order.

9.  The failure by Creditor, at any time, to file a Certification of Default upon default by Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

10. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor (and any assignee/successor-in-interest) may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

11. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, Debtor shall pay all pre-petition arrears and post-petition arrears within ten (10) days from the date that the case is converted. If Debtor fails to make payment in accordance with this paragraph then Creditor, through Counsel, may file a certification setting forth said failure and Creditor shall be granted immediate relief from the automatic stay.

12. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

13. Facsimile signatures shall be as valid as original signatures and this Consent Order/Stipulation may be signed in counterparts.

By signing this Stipulation/Consent Order, Debtor's Counsel represents that Debtor is familiar with and understand the terms of the Stipulation/Consent Order and agree to said terms regardless of whether Debtor has actually signed said stipulation. Seen and agreed by the parties on the date set forth below:

/s/Daniel P. Jones
Daniel P. Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Email: djones@sterneisenberg.com
Counsel for Creditor
Date: July 16, 2020

/s/Brad J. Sadek
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008
Email: brad@sadeklaw.com
Counsel for Debtor(s)
Date: _____

/s/ LeeAne O. Huggins  No Objection
_____
William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


Date: _____7/23/2020_____